# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr95

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| PRINCETON BESS. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Final Order and Judgment Confirming Forfeiture [Doc. 29] and Amended Motion for Final Order and Judgment Confirming Forfeiture [Doc. 34].

On November 25, 2009, a Preliminary Order of Forfeiture was entered in this case pursuant to which the Court found the Defendant had an interest in the property at issue which was forfeitable. [Doc. 11, at 2-3]. The Government advises that despite publication and notice, no third party has filed a petition and the record so reflects. Federal Rule of Criminal Procedure 32.2(c)(2) provides that "[i]f no third party files a timely petition, the preliminary order becomes the final order of forfeiture [where] the court [found] that the

1

defendant ... had an interest in the property that is forfeitable under the applicable statute." Such is the case here and for that reason the Government's Motion and Amended Motion are moot.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Final Order and Judgment Confirming Forfeiture [Doc. 29] and Amended Motion for Final Order and Judgment Confirming Forfeiture [Doc. 34] are hereby **DENIED** as moot.

Signed: April 6, 2011

Martin Reidinger
United States District Judge